UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEGRE MATLOCK,<br><br>                                      Plaintiff<br><br>        v.<br><br>CLARK COUNTY DETENTION CENTER,<br>*et al*.<br><br>                                      Defendants | Case No.  2:20-cv-02024-RFB-VCF<br><br>**ORDER** |

**I.    DISCUSSION**

On January 7, 2021, this Court granted (in part) Plaintiff's motion for extension of time (ECF No. 5) and ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action on or before March 8, 2021. (ECF No. 6 at 2).  On March 15, 2021, Plaintiff filed his application to proceed *in forma pauperis* that was fully complete, except it was missing page 3 of the application.  (ECF No. 8).  As such, the Court denies Plaintiff's application at ECF No. 8 because it is incomplete.  However, the Court will allow Plaintiff one final opportunity to file a fully complete application to proceed *in forma pauperis*.  Plaintiff shall file his fully complete application to proceed *in forma pauperis* on or before **April 19, 2021**.  Absent unusual circumstances, the Court will not grant any further extensions of time.

To apply for *in forma pauperis* status, Plaintiff must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

1    If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis*
2    with all three required documents or pay the full $400 filing fee on or before **April 19,**
3    **2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case
4    with the Court when Plaintiff is either able to acquire all three of the documents needed
5    to file a fully complete application to proceed *in forma pauperis* or pays the full filing fee.

6    A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the
7    case with the Court, under a new case number, when Plaintiff has all three documents
8    needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff
9    may choose not to file an application to proceed *in forma pauperis* and instead pay the
10   full filing fee of $400 on or before **April 19, 2021** to proceed with this case.

11   The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court
12   will not file the complaint unless and until Plaintiff timely files a fully complete application
13   to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

14   **II.    CONCLUSION**

15   For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed
16   in forma pauperis (ECF No. 8) is denied without prejudice to file a new fully complete
17   application to proceed *in forma pauperis* with all three documents.

18   IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
19   approved form application to proceed *in forma pauperis* by an inmate, as well as the
20   document entitled information and instructions for filing an *in forma pauperis* application.

21   IT IS FURTHER ORDERED that on or before **April 19, 2021**, Plaintiff will either
22   pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50
23   administrative fee) or file with the Court:

24   (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
25   Court's approved form (i.e. <u>pages 1 through 3</u> of the form with the inmate's two
26   signatures on page 3),

27   (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail
28   official (i.e. page 4 of this Court's approved form), and

- 2 -

1    (3) a copy of the **inmate's prison or jail trust fund account statement for the**
2    **previous six-month period**.

3    IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete
4    application to proceed *in forma pauperis* with all three documents or pay the full $400
5    filing fee for a civil action on or before **April 19, 2021**, this case will be subject to dismissal
6    without prejudice for Plaintiff to refile the case with the Court, under a new case number,
7    when Plaintiff has all three documents needed to file a complete application to proceed
8    *in forma pauperis* or pays the full filing fee.

9    IT IS FURTHER ORDERED that the Clerk of the Court will retain Plaintiff's
10   complaint (ECF No.1-1) but will not file it at this time.

11   DATED: ___3-17-2021___

12

13   _____
     UNITED STATES MAGISTRATE JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -